JOHN KOLLARCIK, Respondent, *v.* THE SALTS TEXTILE MANUFACTURING COMPANY, Appellant.

Appeal from a judgment of the Supreme Court, entered in the New York county clerk's office on the 8th day of April, 1915, on a verdict, and also from an order entered on the 19th day of April, 1915, denying a motion for new trial.

PER CURIAM: We think the evidence fails to show any negligence on the part of the defendant, and the complaint should have been dismissed. The judgment and order appealed from should be reversed, the finding that the defendant was guilty of negligence reversed, and the complaint dismissed, with costs. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ. Judgment and order reversed, with costs, and complaint dismissed, with costs.

---

ISIDOR LANG, Respondent, *v.* HUDSON AND MANHATTAN RAILROAD COMPANY, Appellant.

Appeal from an order of the Appellate Term, entered in the New York county clerk's office, affirming a judgment of the Municipal Court.

PER CURIAM: There is no evidence to sustain the finding that the defendant was guilty of negligence, and such finding is reversed. The determination of the Appellate Term and the judgment of the Municipal Court

are reversed and the complaint dismissed, with costs. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ. Determination and judgment reversed, with costs, and complaint dismissed, with costs.